**UNITED STATES DISTRICT COURT**
<u>**NORTHERN DISTRICT OF NEW YORK**</u>
**ROBERT BREWER,**

                **Plaintiff,**                 **3:18-cv-399**
                                                **(GLS/DEP)**

        **v.**

**MARGARET IMMEL BREWER**
**et al.,**

                **Defendants.**

**APPEARANCES:**                 **OF COUNSEL:**

**FOR PLAINTIFF:**
Robert Brewer
*Pro Se*
P.O. Box 1004
Johnson City, NY 13790

**Gary L. Sharpe**
**Senior District Judge**

## <u>ORDER</u>

The above-captioned matter comes to this court following an Report and Recommendation by Magistrate Judge David E. Peebles duly filed on September 10, 2018. (Dkt. No. 12.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the

Report and Recommendation for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 10) is **DISMISSED** with prejudice; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

October 11, 2018
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge